**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
Jeffrey A. Cooper
Barry J. Roy,
*Counsel for VII Peaks*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RELATIVITY HOLDINGS, LLC,<br><br>v.<br><br>VII PEAKS CAPITAL, LLC, | Adv. Pro. No. 15-01361 (MEW)<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

TO:    Clerk of Court
       United States Bankruptcy Court, Southern District of New York
       One Bowling Green
       New York, NY 10004-1408

**PLEASE TAKE NOTICE** that VII Peaks Capital, LLC hereby appears in this case by his counsel:

Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ  07039
Attention: Barry J. Roy, Esq.
(973) 597-9100 phone
(973) 597-9119 fax
broy@rltlawfirm.com

**REQUEST IS HEREBY MADE** pursuant to Bankruptcy Rules 2002 and 9010 that all notices given or required to be given in this case, and all papers, pleadings, motions or applications served or required to be served in this case or any adversary proceeding filed in connection therewith, shall be directed to and served upon the above-referenced counsel.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers filed in the proceeding specified above, but also includes without limitation orders and notices of any application, motion, pleading, request, suggestion, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted and conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way the rights or interests of VII Peaks Capital, LLC with respect to the Debtor and/or Trustee, or the property or proceeds in which the Debtor and/or Trustee may claim an interest.

                                    **RABINOWITZ, LUBETKIN & TULLY, LLC**
                                    Attorneys for David Barry


                                  By:    /s/ Barry J. Roy
                                            BARRY J. ROY

Dated: October 22, 2015

F:\Client_Files\N-Z\VII Peaks\Notice Appearance.bjr.docx