UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RELATIVITY FASHION, LLC, *et al.*<br><br>              Debtors<br><br>Relativity Holdings LLC,<br><br>              Plaintiff,<br>  v.<br><br>VII Peaks Capital, LLC,<br><br>              Defendant. | Chapter 11<br><br>Case No. 15-11989 (MEW)<br><br>(Jointly Administered)<br><br><br>Adv. Pro. No. 15-1361 (MEW) |

## CORPORATE OWNERSHIP STATEMENT

In compliance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, VII Peaks Capital, LLC, through its undersigned attorneys states that the following entities may own, either directly or indirecly, 10% or more of any class of its stock or membership: (1) VII Peaks Co-Optivist Income BDC II, Inc.; (2) VII Peaks Capital FBO Marquette; and (3) VII Peaks-R Holdings, Inc.

Dated: January 11, 2016

                                      Respectfully submitted,

                                      **RABINOWITZ, LUBETKIN & TULLY, LLC**

                                      /s/ Barry J. Roy
                                      RABINOWITZ, LUBETKIN & TULLY, LLC
                                      293 Eisenhower Parkway, Suite 100
                                      Livingston, New Jersey 07039
                                      Telephone: (973) 597-9100
                                      Fax: (973) 597-9119

                                              -and-

**DEUTSCH, LEVY & ENGEL, CHARTERED**

/s/ Jeffrey E. Schiller
DEUTSCH, LEVY & ENGEL, CHARTERED
225 W. Washington Street, Suite 1700
Chicago, IL 60606
Telephone: (312) 346-1460
Fax: (312) 346-1859

*Co-Counsel to VII Peaks Capital, LLC*